

# IN THE
# TENTH COURT OF APPEALS

**No. 10-12-00094-CR**

**ELIAS PENISTON,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the County Court at Law No. 1
McLennan County, Texas
Trial Court No. 2011-2903-CR1**

## MEMORANDUM  OPINION

Elias Peniston appealed his conviction for the offense of driving while intoxicated.  TEX. PENAL CODE ANN. § 49.04 (West Supp. 2011).  A motion to dismiss the appeal has now been filed.  Peniston and his attorney personally signed the motion to dismiss.

Appellant's motion is granted.  The appeal is dismissed.  TEX. R. APP. P. 42.2(a).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed May 2, 2012
Do not publish
[CR25]